1

2

3

4

5

6

7

8

9    IN THE UNITED STATES DISTRICT COURT

10    FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  CHRIS GEBHARDT,                              1:12-cv-01211-DLB-(PC)

14              Plaintiff,                       ORDER TRANSFERRING CASE TO THE
                                                 SACRAMENTO DIVISION OF THE EASTERN
15  v.                                           DISTRICT OF CALIFORNIA

16  STATE OF CALIFORNIA, et al.,

17              Defendants.

18  _____/

19        Plaintiff, a state prisoner proceeding pro se, has filed a civil action pursuant to 42 U.S.C.

20  § 1983, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21        In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged

22  violations took place in Lassen County, which is part of the Sacramento Division of the United

23  States District Court for the Eastern District of California.   Therefore, the complaint should have

24  been filed in the Sacramento Division.

25        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

26  court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will

27  be transferred to the Sacramento Division.  This court will not rule on plaintiff's request to proceed in

28  forma pauperis.

-1-

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1.  This action is transferred to the United States District Court for the Eastern District of

3    California sitting in Sacramento; and

4       2.  All future filings shall refer to the new Sacramento case number assigned and shall be

5    filed at:

6

United States District Court
7                               Eastern District of California
501 "I" Street, Suite 4-200
8                               Sacramento, CA 95814

9    3.  This court has not ruled on plaintiff's request to proceed in forma pauperis.

10       IT IS SO ORDERED.

11       **Dated:**   **July 27, 2012**                    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-